

TIMOTHY M. BURGESS
United States Attorney

STEPHAN A. COLLINS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
(907) 271-5071

FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC -9 PM 4:10

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) Case No. A05-108 CR (JWS) |
|---|---|
| Plaintiff, | ) |
| vs. | ) MOTION TO SET TRIAL SETTING<br>) CONFERENCE BEFORE THE<br>) DISTRICT COURT |
| CARLOS LIKEE RAINEY, a/k/a<br>Carlos Likee Dishon Johnson-Rainey,<br>"C", and "CJ"; SHANNON DAWN<br>RAINEY, a/k/a Shannon Jackson,<br>a/k/a Shannon Hicks; D'ANDRE<br>TOLBERT, a/k/a "Dre"; DAMON<br>STEVENS, a/k/a "D'Mo"; RICHARD<br>JAMES MCKINNON; JOSHUA<br>PRICE PLUID; KRISTA ANN<br>CALLAN; ALEXANDER BOOKER;<br>ALFREDO MARTINEZ, a/k/a<br>"Spike"; FRANCISCO MARTINEZ,<br>a/k/a "Money"; and ISAI<br>HERNANDEZ, | ) |
| Defendants. | ) |

82

The United States moves this court to schedule a trial setting conference before the district court. With the exception of Francisco Martinez, all of the defendants in this matter have been arrested. With the exception of Isai Hernandez and Afredo Martinez, all of the defendants in custody have appeared for their respective arraignments in the District of Alaska and have had counsel either appointed or retained to represent them. The court has set trial dates of January 25 and February 13, 2006 in this matter.

Because of the volume and nature of the discovery in this matter, the nature of the charges, and the number of defendants charged in the indictment, the United States requests an appearance before the court with all defense counsel to meet and confer with the court about the anticipated need by defense counsel for additional time to prepare for pre-trial motion practice and trial on the currently set dates. The United States requests the court set this matter on at the earliest date available so that the court can address any issues that will affect the trial dates set in this matter. The United States submits that holding this conference at the

\\

\\

earliest possible time will help avoid any possible delay in proceeding with the trials in this matter.

    RESPECTFULLY SUBMITTED this day, December 9, 2005, in Anchorage, Alaska.

                                            TIMOTHY M. BURGESS
                                            United States Attorney

                                            */s/ Stephan Collins*
                                            STEPHAN A. COLLINS
                                            Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on December 9, 2005, via:

(✔) FAX

Herman G. Walker, Jr.
(Counsel for ▲ Carlos Rainey)
606 E Street, Ste. 203
Anchorage, AK 99501
Tele: 279-2889
Fax: 258-4428

D. Scott Dattan
(Counsel for ▲ Shannon Rainey)
2600 Denali St., Suite 460
Anchorage, AK 99503
Fax: 907-278-8571

T. Burke Wonnell
(Counsel for ▲ D'Andre Tolbert)
2600 Denali St., Ste. 460
Anchorage, AK 99503
Tele: 276-8008
Fax: 278-8571

Mark A. Rosenbaum
(Counsel for ▲ Damon Stevens)
4940 Byrd Lane, Ste. 100
Anchorage, AK 99502
Fax: (907) 243-2609

Michael Dieni
(Counsel for ▲ Richard McKinnon)
Federal Public Defender Agency
550 W. 7th Ave., #1600
Anchorage, AK 99501
Fax: (907) 646-3480

Scott Sterling, Esq.
(Counsel for ▲ Joshua Pluid)
851 E. Westpoint Drive Suite 201
Wasilla, AK 99654
Tele: 376-8076
Fax: 376-8078

Lance C. Wells
(Counsel for ▲ Krista Callan)
733 West 4th, Suite 308
Anchorage, AK 99501
Fax: (907) 277-9859

John C. Pharr
(Counsel for ▲ Alexander Booker)
733 W. 4th Ave., Suite 308
Anchorage, AK 99501
Fax: (907) 277-9859

Executed at Anchorage, Alaska, on December 9, 2005.

_____
Office of the U.S. Attorney

**CERTIFICATE OF SERVICE**
I declare under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on December 9, 2005, via:

(✔) FAX

Herman G. Walker, Jr.
(Counsel for ▲ Carlos Rainey)
606 E Street, Ste. 203
Anchorage, AK 99501
Tele: 279-2889
Fax: 258-4428

T. Burke Wonnell
(Counsel for ▲ D'Andre Tolbert)
2600 Denali St., Ste. 460
Anchorage, AK 99503
Tele: 276-8008
Fax: 278-8571

Michael Dieni
(Counsel for ▲ Richard McKinnon)
Federal Public Defender Agency
550 W. 7th Ave., #1600
Anchorage, AK 99501
Fax: (907) 646-3480

Lance C. Wells
(Counsel for ▲ Krista Callan)
733 West 4th, Suite 308
Anchorage, AK 99501
Fax: (907) 277-9859

Raul Mendez, Esq.
(Counsel for ▲ Isai Hernandez)
P.O. Box 12028
Mill Creek, WA 98082
(206) 284-0849
(425) 316-6707

D. Scott Dattan
(Counsel for ▲ Shannon Rainey)
2600 Denali St., Suite 460
Anchorage, AK 99503
Fax: 907-278-8571

Mark A. Rosenbaum
(Counsel for ▲ Damon Stevens)
4940 Byrd Lane, Ste. 100
Anchorage, AK 99502
Fax: (907) 243-2609

Scott Sterling, Esq.
(Counsel for ▲ Joshua Pluid)
851 E. Westpoint Drive Suite 201
Wasilla, AK 99654
Tele: 376-8076
Fax: 376-8078

John C. Pharr
(Counsel for ▲ Alexander Booker)
733 W. 4th Ave., Suite 308
Anchorage, AK 99501
Fax: (907) 277-9859

Executed at Anchorage, Alaska, on December 9, 2005.

_/s/ Wonell_
Office of the U.S. Attorney