MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

FILED
DEC 1 3 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

UNITED STATES OF AMERICA    v.   CARLOS LIKEE RAINEY, et al.

THE HONORABLE JOHN W. SEDWICK      CASE NO. A05-0108 CR (JWS)

Deputy Clerk                        Official Recorder

Pam Richter

APPEARANCES:   for PLAINTIFF:   ----

               for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

Plaintiff's motion at docket 82 for a conference to consider setting a different trial date is **GRANTED**. The court will conduct a trial setting conference at 8:30 AM on Wednesday, December 21, 2005. At the conference, each party will be expected to advise the court of the earliest date by which, taking into account due diligence, such party can be prepared for trial and why.

DATE: December 13, 2005

ENTERED AT JUDGE'S DIRECTION
INITIALS: prr
Deputy Clerk

PR ✓ 12/13/05 t/c notice to cnsl, USM, USPO

A05-0108--CR (JWS) 12-13-05
✓ H. WALKER JR
✓ D. DATTAN (DATTAN)
✓ T. WONNELL (WONNELL)

✓ M. ROSENBAUM
✓ M. DIEHL (FPD)
✓ S. STERLING (STERLING)   PR
✓ L. WELLS
✓ J. PHARR

✓ R. MENDEZ
✓ S. COLLINS (US ATTY)
✓ US MARSHAL
✓ US PROBATION

95