FILED
US DISTRICT COURT
DISTRICT OF ALASKA
DEC 13 PM 4:04

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CARLOS LIKEE RAINEY, a/k/a Carlos )<br>Likee Dishon Johnson-Rainey, "C", and )<br>"CJ"; SHANNON DAWN RAINEY, )<br>a/k/a Shannon Jackson, a/k/a Shannon )<br>Hicks; D'ANDRE TOLBERT, a/k/a )<br>"Dre"; DAMON STEVENS, a/k/a )<br>"D'Mo"; RICHARD JAMES )<br>MCKINNON; JOSHUA PRICE PLUID; )<br>KRISTA ANN CALLAN; )<br>ALEXANDER BOOKER; ALFREDO )<br>MARTINEZ, a/k/a "Spike"; )<br>FRANCISCO MARTINEZ, a/k/a )<br>"Money"; and ISAI HERNANDEZ, )<br>)<br>Defendants.          ) | Case No. A05-108-01 CR (JWS) |

**MOTION TO WITHDRAW AS COUNSEL**

Herman G. Walker, Jr., CJA appointed counsel, moves this court for an order allowing him to withdraw and appoint new counsel. This motion is made because counsel has a conflict of interest. This motion is based on the attached affidavit of counsel, filed under seal.

DATED this 12th day of December, 2005 at Anchorage, Alaska.

Law Office of Lynda A. Limón
Attorneys for Carlos Likee Rainey

By: _____
Herman G. Walker, Jr.
AK Bar No. 9311094

LYNDA A. LIMÓN
ATTORNEYS AT LAW
606 E STREET, SUITE 203
ANCHORAGE, ALASKA 99501
TELEPHONE 907-279-2889
FACSIMILE 907-258-4428

101

Certificate of Service

I hereby certify that on this 13 day of December, 2005, a true and correct copy of the foregoing was served via 1st Class Mail on the following:

Timothy M. Burgess, U.S. Attorney
Stephan A. Collins, Assistant U.S. Attorney
United States Attorneys Office
Federal Building & U.S. Courthouse
222 W. 7th Ave., #9, Room 253
Anchorage, Alaska 99513-7567

Defendant S. Rainey        (D2)
D. Scott Dattan, Esq.
2600 Denali Street, Suite 460
Anchorage, Alaska 99503

Defendant Tolbert          (D3)
Thomas Burke Wonnell, Esq.
2600 Denali Street, Suite 460
Anchorage, Alaska 99503

Defendant Stevens          (D4)
Mark A. Rosenbaum, Esq.
4940 Byrd Lane, Ste. 100
Anchorage, Alaska 99502

Defendant McKinnon         (D5)
Mike Dieni, Esq.
Federal Defender's Office
550 W. 7th Avenue, Suite 1600
Anchorage, Alaska 99501

Defendant Pluid            (D6)
Scott A. Sterling, Esq.
Sterling & DeArmond
851 E. Westpoint Drive, Suite 201
Wasilla, Alaska 99654

Defendant Callan           (D7)
Lance Wells, Esq.
733 W. 4th Avenue, Suite 308
Anchorage, Alaska 99501

Defendant Booker           (D8)
John Pharr, Esq.
733 W. 4th Avenue, Suite 308
Anchorage, Alaska 99501

Defendant Hernandez        (D11)
Raul Mendez, Esq.
P.O. Box 12028
Mill Creek, Washington 98082

By: Helen Kowalsky

LYNDA A. LIMÓN
ATTORNEYS AT LAW
606 E STREET, SUITE 203
ANCHORAGE, ALASKA 99501
TELEPHONE 907-279-2889
FACSIMILE 907-258-4428

Motion to Withdraw as Counsel
USA v. CARLOS LIKEE RAINEY et al, Case No. A05-108 CR (JWS)
Page 2 of 2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| CARLOS LIKEE RAINEY, a/k/a Carlos ) | |
| Likee Dishon Johnson-Rainey, "C", and ) | |
| "CJ"; SHANNON DAWN RAINEY, ) | |
| a/k/a Shannon Jackson, a/k/a Shannon ) | |
| Hicks; D'ANDRE TOLBERT, a/k/a ) | |
| "Dre"; DAMON STEVENS, a/k/a ) | |
| "D'Mo"; RICHARD JAMES ) | |
| MCKINNON; JOSHUA PRICE PLUID; ) | |
| KRISTA ANN CALLAN; ) | |
| ALEXANDER BOOKER; ALFREDO ) | |
| MARTINEZ, a/k/a "Spike"; ) | |
| FRANCISCO MARTINEZ, a/k/a ) | |
| "Money"; and ISAI HERNANDEZ, ) | |
| ) | |
| Defendants. ) | Case No. A05-108-01 CR (JWS) |

Affidavit **FILED UNDER SEAL**

DATED this 12th day of December, 2005 at Anchorage, Alaska.

Law Office of Lynda A. Limón
Attorneys for Carlos Likee Rainey

By: _____
Herman G. Walker, Jr.
AK Bar No. 9311094

LYNDA A. LIMÓN
ATTORNEYS AT LAW
606 E STREET, SUITE 203
ANCHORAGE, ALASKA 99501
TELEPHONE 907-279-2889
FACSIMILE 907-258-4428