WILLIAM B. CAREY, 8212160
Attorney for Defendant
CARLOS L. RAINEY
1502 West 34th Avenue
Anchorage, Alaska 99503

Telephone: (907) 272-4255
Facsimile: (907) 272-4256

RECEIVED
JAN 1 1 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

UNITED STATES OF AMERICA, )
)
Plaintiff, )
vs. ) A05-108 CR (JWS)
)
CARLOS L. RAINEY, )
)
Defendant. )

## REPORT OF COUNSEL

Pursuant to the Court's order regarding preparation of a scheduling and planning order, William B. Carey, CJA appointed counsel for Defendant CARLOS LIKEE RAINY submits the following report.

The undersigned is in the process of reviewing the discovery that has been made available by the Government to date. With respect to the topics set out in the Court's order, counsel agrees with the suggestions set out in paragraph 1 and 2 on page 3 of the order.

Counsel does not anticipate problems (at this point) in the acquisition of discovery from the Government. However, there are voluminous tapes and recordings with will probably require the assistance of some administrative case paralegal work in order to make economical use of the time involved in reviewing these materials.

Counsel is hesitant to agree to the utilization of a jointly used investigator.

WILLIAM B. CAREY
ATTORNEY AT LAW
1502 WEST 34TH AVENUE
ANCHORAGE, ALASKA 99503
TELEPHONE (907) 272-4255
TELECOPIER (907) 272-4256

The various defendants in this case obviously may not have common interests. Mr. RAINEY is defendant number 1 in this case and it is anticipated that he may need his own investigator. Counsel is in the process of determining whether this will be necessary and will submit any request for such services, to the extent it is determined to be necessary as soon as possible.

Counsel is unaware of any problems (at this point) involving transcripts of audio cassettes or CD's. Counsel is agreeable to the joint preparation of any such transcripts, in the event this becomes necessary.

The creation of a "list-serve" by which defense counsel could make service upon each other electronically is appropriate in this case. Counsel's e-mail address is bcarey@alaska.com, fax number 272-4256.

Counsel suggests a motion date in late March, at the earliest.

Counsel for Mr. RAINEY does not anticipate the need for an interpreter in this case.

Counsel believes that they should be allowed at least 2 months to allow any expert witnesses they intend to rely upon in trial. Counsel is in agreement with the suggestion in paragraph 6 on page 5 with respect to the payment of fees for copying discovery materials.

Counsel otherwise defers to the Court and his colleagues with respect to the remaining aspects of the Court's order.

DATED at Anchorage, Alaska this 11th day of January, 2006.

        LAW OFFICE OF WILLIAM B. CAREY
        Attorney for Defendant
        CARLOS L. RAINEY

WILLIAM B. CAREY
ATTORNEY AT LAW
1502 WEST 34TH AVENUE
ANCHORAGE, ALASKA 99503
TELEPHONE (907) 272-4255
TELECOPIER (907) 272-4256

William B. Carey
Alaska Bar No. 8212180

## CERTIFICATE OF SERVICE

I hereby certify that on this 11 day of January, 2006, a true and correct copy of the foregoing was faxed to the following:

Joseph Bottini
Assistant U.S. Attorney
222 West 7th Ave., #9, Room 253
Anchorage AK 99513-7567
Fax: 271-5714

D. Scott Dattan
2600 Denali St. Ste 460
Anchorage AK 99503
Fax: 278-8571

Thomas Burke Wommelt
2600 Denali St., Ste 490
Anchorage AK 99503
Fax: 278-8571

Mary Lundy
Federal Defender's Office
550 W 7th Ave., Ste 1600
Anchorage AK 99501
Fax: 646-3480

David Webber
Hartman & Blake, PC
743 W 6th Ave., Ste 132
Anchorage AK 99501
Fax: 279-0123

Lance Wells
733 W. 4th Ave., Ste 308
Anchorage AK 99501
Fax: 277-9859

John Moss
733 W. 4th Ave., Ste 308
Anchorage AK 99501
Fax: 277-9859

Brenda W. McCleary

WILLIAM B. CAREY
ATTORNEY AT LAW
102 WEST 4TH AVENUE
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 272-0156
TELECOPIER (907) 272-4256

Page 3