WILLIAM B. CAREY, 8212160
Attorney for Defendant
CARLOS L. RAINEY
1502 West 34th Avenue
Anchorage, Alaska 99503

Telephone:  (907) 272-4255
Facsimile:  (907) 272-4256

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) |
| CARLOS L. RAINEY, | ) Case No. A05-008 (JWS) |
| Defendant. | ) |

## AFFIDAVIT OF COUNSEL

STATE OF ALASKA          )
                         :ss
THIRD JUDICIAL DISTRICT  )

  I, WILLIAM B. CAREY, being first duly sworn, do freely and voluntarily state as follows:

  1. I am the CJA appointed attorney for the Defendant, CARLOS L. RAINEY.

  2. All facts and statements in the accompanying Motion are true and correct to the best of my knowledge.

  FURTHER YOUR AFFIANT SAITH NAUGHT.

  DATED this _10_ day of March, 2005.

                _____
                William B. Carey, Affiant

WILLIAM B. CAREY
ATTORNEY AT LAW
1502 WEST 34TH AVENUE
ANCHORAGE, ALASKA 99503
TELEPHONE (907) 272-4255
TELECOPIER (907) 272-4256

STATE OF ALASKA       )
                      :ss
THIRD JUDICIAL DISTRICT )

THIS IS TO CERTIFY that on this __10__ day of ~~November~~ March, 2006, before me, the undersigned, a Notary Public in and for the State of Alaska, personally appeared WILLIAM B. CAREY, known to me and to me known to be the individual named in and who executed the foregoing document and he acknowledged to me that he signed and sealed the same as his free and voluntary act for the uses and purposes therein set forth.

WITNESS my hand and notarial seal the day and year first hereinabove written.

_Brenda W. McCleary_
Notary Public in and for Alaska
My Commission expires: 22 July 09

**CERTIFICATE OF SERVICE**

I hereby certify that on this __10th__ day of March, 2006, a copy of the forgoing Motion to Extend Motions Deadline was electronically served on the following:

Stephan Collins
Mike Dieni
Allan Beiswenger
D. Scott Dattan
John C. Pharr
Scott Sterling
Lance Wells
Burke Wonnell
Mark Rosenbaum
Raul Martinez
Hugh Fleischer

_Brenda W. McCleary_

WILLIAM B. CAREY
ATTORNEY AT LAW
1502 WEST 34TH AVENUE
ANCHORAGE, ALASKA 99503
TELEPHONE (907) 272-4255
TELECOPIER (907) 272-4256