LAW OFFICES OF D. SCOTT DATTAN
2600 Denali Street, Suite 460
Anchorage, Alaska 99503
Phone: (907) 276-8008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| CARLOS RAINEY, et al | ) |
| | ) |
| Defendant. | ) |
| _____ | ) Case No. 3:05-cr-108-JWS |

**ORDER**

Defendants' motion to have the Government certify that all discovery to which the defendants are entitled under Criminal Rule 16 has been provided is well-taken. IT IS THEREFORE ORDERED that the Government so certify or indicate a date upon which discovery will be complete.

DATED: _____    _____
                                  JOHN W. SEDWICK
                                  UNITED STATES DISTRICT JUDGE