UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


<u>  USA  </u>  v.  <u> CARLOS RAINEY </u>

DATE:   <u> March 30, 2006 </u>         CASE NO.   <u> 3:05-CR-0108-JWS </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **AMENDED MINUTE ORDER FROM CHAMBERS
SCHEDULING HEARING**

---

     An <u>ex</u> <u>parte</u> hearing regarding representation for Mr. Rainey will be held in this matter on **Friday, April 7, 2006, at 2:30 p.m.**, in Courtroom 2, before Judge Beistline.