**MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

   UNITED STATES OF AMERICA      v.   CARLOS LIKEE RAINEY, et al.

THE HONORABLE JOHN W. SEDWICK      CASE NO.   3:05-cr-00108-JWS

      Deputy Clerk               Official Recorder

      Pam Richter              _____


APPEARANCES:   for PLAINTIFF:   ----

               for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**
_____


To ensure that the probation officer has adequate time to prepare
the Pre-Sentence Report and that each defendant has adequate time
to prepare for sentencing, the sentencing proceedings for the
defendants named below are **CONTINUED** to the date and time shown
below:

Carlos Rainey:  September 18, 2006 at 8:30 AM;
Andre Tolbert:  September 18, 2006 at 9:00 AM;
Damon Stevens:  September 18, 2006 at 10:00 AM;
Richard McKinnon:  September 19, 2006 at 8:30 AM;
Joshua Pluid:  September 19, 2006 at 9:00 AM;
Krista Callan:  September 19, 2006 at 10:00 AM;
Alexander Booker:  September 20, 2006 at 8:30 AM;
Alfredo Martinez:  September 20, 2006 at 9:00 AM; and
Isai Hernandez:  September 20, 2006 at 10:00 AM.

Because the sentencings have been delayed until after the effective
date of the new local rule respecting disclosure of the probation
officer's recommended sentence, the **Probation Officer is directed**
to provide counsel for each defendant, a copy of the probation
officer's recommended sentence for that particular defendant.


                              ENTERED AT JUDGE'S DIRECTION
DATE:  June 23, 2006            INITIALS:  prr
                                        Deputy Clerk


[FORMS*IA*]