WILLIAM B. CAREY, 8212160
Attorney for Defendant
CARLOS L. RAINEY
1502 West 34th Avenue
Anchorage, Alaska  99503

Telephone: (907) 272-4255
Facsimile: (907) 272-4256

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>CARLOS L. RAINEY, )<br>Defendant ) | Case No. A05-108-001 (JWS) |

**PROPOSED ORDER REGARDING NOTICE TO COURT OF UNAVAILIBILTY OF COUNSEL AND MOTION ON SHORTENED TIME FOR APPOINTMENT OF ADDITIONAL CJA COUNSEL FOR LIMITED PURPOSES**

This matter is referred to the Federal Public Defender for appointment of additional CJA counsel for the purpose of assisting Mr. Rainey concerning his potential involvement in the trial of Shannon Rainey.

DATED at Anchorage, Alaska this _____ day of August, 2006.

_____
Honorable John W. Sedwick
U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of August, 2006, a copy of the forgoing Proposed Order was electronically served on the following:

Stephan Collins
Federal Public Defender
D. Scott Dattan                                    _____