# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA   v.   CARLOS RAINEY

THE HONORABLE JOHN W. SEDWICK   CASE NO.   3:05-cr-00108-01-JWS

Deputy Clerk                Official Recorder

Pam Richter

APPEARANCES:   for PLAINTIFF:   ----

               for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

This matter is referred to the Federal Public Defender for appointment of additional CJA counsel for the purpose of assisting Mr. Rainey concerning his potential involvement in the trial of Shannon Rainey.

DATE: August 24, 2006

ENTERED AT JUDGE'S DIRECTION
INITIALS:  prr
Deputy Clerk

[FORMS*IA*]