IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| CARLOS LIKEE RAINEY, | ) |
| | ) |
| Defendant. | ) |
| _____ | )Case No. 3:05-cr-108-1 (JWS) |

**ENTRY OF LIMITED APPEARANCE**

COMES NOW William D. English, attorney at law, and enters his appearance as counsel on behalf of Carlos Likee Rainey for the limited purpose of serving as counsel in the event Mr. Rainey testifies as a witness at the trial of Shannon Rainey. The parties and the Court are respectfully requested to serve electronic copies of all pleadings and notices upon counsel at the e-mail address of record.

Dated this 29th day of August, 2006.

> The Law Offices of William English
> Attorney for Curtis H. McDonald
> S/: William D. English
> 310 K Street, Suite 200
> Anchorage, Alaska 99501
> (907) 274-3633
> Fax (202) 330-5072
> wdenglish7001@hotmail.com
> AK. Bar No. 9211077

CERTIFICATE OF SERVICE

I certify that on August 29th, 2006 electronic service of a copy of this Entry of Appearance was provided to the Court for all counsel of record pursuant to Criminal Rule 49(b), Civil Rule 5(b)(D) and Local Rules 5, 5.1(a), and 5.2(c)(2).
S/: William D. English