WILLIAM B. CAREY, 8212160
Attorney for Defendant
CARLOS L. RAINEY
1502 West 34th Avenue
Anchorage, Alaska  99503

Telephone:  (907) 272-4255
Facsimile:  (907) 272-4256

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,    )<br>               )<br>         Plaintiff,         )<br>vs.                           )<br>               )<br>CARLOS L. RAINEY,             )<br>               )<br>         Defendant.            ) | Case No. A05-108 (JWS) |

**PROPOSED ORDER REGARDING UNOPPOSED MOTION ON SHORTENED TIME TO EXPAND TIME FOR FILING OBJECTIONS TO PRE-SENTENCE REPORT, FOR SUBMISSION OF FINAL PRE-SENTENCE REPORT AND TO CONTINUE SENTENCING**

Defendant CARLOS L. RAINEY's Unopposed Motion on Shortened Time to Expand Time for Filing Objections to Pre-Sentence Report, For Submission of Final Pre-Sentence Report and to Continue Sentencing is hereby GRANTED.  Defendant shall have until close of business Wednesday, September 6, 2006 to file objections to the pre-sentence report.  The Pre-Sentence Report in this case shall be filed by September ___, 2006.  Further, sentencing in the above-referenced matter shall be continued until _____ ____, 2006 at ___: ___ __.m.

DATED at Anchorage, Alaska this _____ day of September, 2006.

Page 1

                                                          _____
                                                          Honorable John W. Sedwick
                                                          U.S. Magistrate Judge

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this ____ day of September, 2006, a copy of the forgoing <u>Unopposed Motion on Shortened Time to Expand Time for Filing Objections to Pre-Sentence Report, For Submission of Final Pre-Sentence Report and to Continue Sentencing</u> was electronically served on the following:

Stephan Collins
Pamela Shaw, Federal Probation Officer
Federal Public Defender
D. Scott Dattan
John C. Pharr
Scott Sterling
Lance Wells
Burke Wonnell
Mark Rosenbaum
Raul Martinez
Hugh Fleischer