WILLIAM B. CAREY, 8212160
Attorney for Defendant
CARLOS L. RAINEY
1502 West 34th Avenue
Anchorage, Alaska 99503

Telephone:     (907) 272-4255
Facsimile:     (907) 272-4256

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )| |
| ) | |
| Plaintiff, )| |
| ) | |
| vs. )| |
| ) | |
| CARLOS L. RAINEY, )| |
| ) | Case No. A05-008 (JWS) |
| Defendant. )| |

**AFFIDAVIT OF COUNSEL IN SUPPORT OF
UNOPPOSED MOTION ON SHORTENED TIME TO EXPAND TIME FOR
FILING OBJECTIONS TO PRE-SENTENCE REPORT, FOR SUBMISSION
OF FINAL PRE-SENTENCE REPORT AND TO CONTINUE SENTENCING**

STATE OF ALASKA              )
                             :ss
THIRD JUDICIAL DISTRICT      )

I, WILLIAM B. CAREY, being first duly sworn, do freely and voluntarily state as follows:

1.     I am the CJA appointed attorney for the Defendant, CARLOS L. RAINEY.

2.     All facts and statements in the accompanying Unopposed Motion on Shortened Time to Expand Time for Filing Objections to Pre-Sentence Report, For Submission of Final Pre-Sentence Report and to Continue Sentencing are true and correct to the best of my knowledge.

FURTHER YOUR AFFIANT SAITH NAUGHT.

DATED this _____ day of  September, 2006.

WILLIAM B. CAREY

Attorney for the Defendant
CARLOS L. RAINEY

/s/ William B. Carey

William B. Carey, Affiant
Alaska Bar No. 8212160
Telephone:      (907) 272-4255
Facsimile:      (907) 272-4256
e-mail: bcarey@alaska.com

STATE OF ALASKA                    )
                                                    :ss
THIRD JUDICIAL DISTRICT     )

THIS IS TO CERTIFY that on this 5th day of September, 2006, before me, the undersigned, a Notary Public in and for the State of Alaska, personally appeared WILLIAM B. CAREY, known to me and to me known to be the individual named in and who executed the foregoing document and he acknowledged to me that he signed and sealed the same as his free and voluntary act for the uses and purposes therein set forth.

WITNESS my hand and notarial seal the day and year first hereinabove written.

/s/ Brenda M. McLeary
Notary Public in and for Alaska
My Commission expires:  27 July, 2009

## CERTIFICATE OF SERVICE

I hereby certify that on this ____ day of September, 2006, a copy of the forgoing Affidavit in Support of Unopposed Motion on Shortened Time to Expand Time for Filing Objections to Pre-Sentence Report, For Submission of Final Pre-Sentence Report and to Continue Sentencing   was electronically served on the following:

Stephan Collins
Federal Public Defender
Pamela Shaw, Federal Probation Officer
D. Scott Dattan
John C. Pharr
Scott Sterling
Lance Wells
Burke Wonnell
Mark Rosenbaum

Raul Martinez
Hugh Fleischer

_____