**MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

UNITED STATES OF AMERICA      v.      CARLOS L. RAINEY

THE HONORABLE JOHN W. SEDWICK      CASE NO.      3:05-cr-00108-01-JWS

Deputy Clerk

Robin M. Carter

APPEARANCES:   for PLAINTIFF:   ----

               for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

The motion at docket 398 for additional time is GRANTED as follows: Defendant shall have until September 11, 2006, in which to file his objections, if any, to the draft pre-sentence report. Plaintiff shall have a like extension if needed. The final pre-sentence report shall be circulated not later than September 21, 2005, and sentencing memos shall be filed not later than October 3, 2006. The sentencing hearing is CONTINUED until 8:30 AM on Thursday, October 5, 2006.

The court has no time available later in the week of September 18 and no time available the week of September 25. Hence the need for a somewhat longer continuance than requested by counsel.

DATE: September 5, 2006

ENTERED AT JUDGE'S DIRECTION
INITIALS: RMC
Deputy Clerk

[FORMS*IA*]