WILLIAM B. CAREY, 8212160
Attorney for Defendant
CARLOS L. RAINEY
1502 West 34th Avenue
Anchorage, Alaska  99503

Telephone:  (907) 272-4255
Facsimile:  (907) 272-4256

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. A05-108 (JWS) |
| ) | |
| CARLOS L. RAINEY, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF LODGING LETTERS

Defendant, CARLOS L. RAINEY, by and through his attorney, WILLIAM B. CAREY, gives notice of the lodging with the Court of letters from the following individuals for the Court's consideration at sentencing in this matter, presently scheduled for Thursday, October 5, 2006:

1. Letter from CARLOS L. RAINEY;

2. Letter from Tom Lahey, Education Coordinator, Anchorage Jail;

DATED in Anchorage, Alaska this 4th day of October, 2006.

        WILLIAM B. CAREY
        Attorney for the Defendant
        CARLOS L. RAINEY

        /s/ William B. Carey

        William B. Carey
        Alaska Bar No. 8212160
        Telephone:    (907) 272-4255
        Facsimile:    (907) 272-4256
        e-mail: bcarey@alaska.com

     I hereby certify that on this <u>4th</u> day of October, 2006, a copy of the forgoing <u>Notice of Lodging Letters</u> was electronically served on the following:

Stephan Collins, AUSA