STATE OF ALASKA/

*Frank H. Murkowski, Governor*

**DEPARTMENT OF CORRECTIONS**

1400 East 4th Ave. ANCHORAGE, ALASKA 99501

DIVISION OF INSTITUTIONS
Anchorage Correctional Complex

(907) 269-4100 (TELEPHONE)
(907) 269-4208 (FAX)

Judge John Sedwick

Your Honor,

I am an Education Coordinator at the Anchorage Jail. On occasion, if asked, and have reason to, I will write a reference for an inmate who has attended programs in the institution. This is one of those occasions. Usually, since we are a pre-trial, inmates often are not here long enough, or are not active enough in programs for me to form an opinion. However, Carlos Raney is an exception. Dedication would indeed be an understatement in describing his pursuit of his GED. He is only one test away from completion, and is staled only because our program is currently curtailed. Mr. Raney attended nearly every scheduled class and also asked that he be called down to the learning lab in the mornings so he could devote more time to his studies. He also attended other actives and was involved in religious programs. Moreover, he encouraged several of the other inmates to attend classes. Also, I have observed Mr. Raney over the past several months adjusting to his incarceration and experiencing the ups and downs of pre-trial. He has endured most with a sense of alacrity; in short, he has matured in jail. Although I cannot speak for Mr. Raney in any other context, I can confidently state that he has taken a positive role in helping himself and others during his time here. Thank you,

Tom Lahey

Education Coordinator

Anchorage Jail

c.c. Terry McCarron POIII