Your Honor,

I would like to address the court and apologize for my behaviors breaking the law. I was wrong for what,I did.

I was not trying to get rich or anything. I was trying to support my family. We were living with my parents where me, my wife, and daughter slept in same bed and my two sons were sleeping on the floor in the same bedroom. Child support was threatening jail and I had no driver's license.

I made a bad decision to sell drugs. I did it to support my family and put a roof over there head, to move them out of my families home. I have no education as I quit school at a early age and no trade. I worked at jobs for minimum wage and that was not enough to support my wife and three young children.

My family and I when I was arrested were just making ends meet. Our living conditions were basic. I was the bread winner of our family. I just wanted to take care of my wife and kids and I made the wrong decision to do that. I have taken myself out of our family unit and now my wife has to work to take care of the children where she didn't before. I have hurt them further as I won't be there to support and take care of them. Where I was at in life I just wanted to bring my family a better life and I felt hopeless. I made the wrong decision. My only gain from selling drugs was taking care of my family. I was not involved with guns or anything else. I own no property. I own no vehicles. My only goal at the time was to take care of my family. That has always been my goal. I made the wrong choices to do that though.

I want to do things right. My wife and I have been together for most of our lives. We have been together since our childhood. We plan to get through this and stay together. I have set some goals to correct my behaviors. I have been incarcerated 10 months now. I nearly completed my G.E.D.. I have one test left but there has been no one at the institution that I am at for several months to proctor the test so I can complete. Hopefully by sentencing I can have completed