my G.E.D.. I have studied and worked hard to complete this and am
hoping it will be done.

I have no trade your honor. I am interested in welding and heavy
equipment trades. Hopefully, with your honors recommendation I can be sent to
a facility such as Safford, F.C.I, or El Reno F.C.I, that /.o;f fers these
programs. I can come out of prison with a trade and take care of myself and my
family. I know what I need to do to be successful the right way without
breaking laws. I will work hard to achieve these goals of a trade while I am
in prison so I can become a productive citizen in society. To also be
productive for myself and my family earning a living. I don't want to be a
burden on society or anyone your honor .

This road won't be easy your honor. It will be hard on my family. My
wife and I have been together since a young age. I have been with all
three of my kids since their birth.

With me taking these steps, taking responsibility for my wrong choices
and learning to be productive and better myself while in prison, it will help
me to be productive when I am released. I want to lead a responsible life and
be a part of my children's lives raising them.

I hope that you give me the opportunity to learn and move forward. I
can achieve my goals I have set for my life. I pray you see that I am
taking responsibility for my actions, that my selling of drugs was only to
take care of my family as I can prove as I own nothing.

I can only be responsible for my behaviors and not the others
involved and be sentenced. What others had in their possession, in
their homes, what they owned is their responsibility and not mine.

Thank you for taking the time to hear me today.


Date: ^^^^--Q _____    Respectfully,




                                    /
                                      Signature



                                 **Print Name  //**