WILLIAM B. CAREY, 8212160
Attorney for Defendant
CARLOS L. RAINEY
1502 West 34th Avenue
Anchorage, Alaska  99503

Telephone: (907) 272-4255
Facsimile: (907) 272-4256

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. A05-108 (JWS) |
| ) | |
| CARLOS L. RAINEY, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF LODGING LETTERS

Defendant, CARLOS L. RAINEY, by and through his attorney, WILLIAM B. CAREY, gives notice of the lodging with the Court of letters from the following individuals for the Court's consideration at sentencing in this matter, presently scheduled for Thursday, November 9, 2006:

1.  Letter from Tresa Rainey, Defendant's Mother;

2.  Letter from Todd Durgan, Kenpo Karate Association, Karate Instructor and friend of Defendant;

DATED in Anchorage, Alaska this 2nd day of November, 2006.

> WILLIAM B. CAREY
> Attorney for the Defendant
> CARLOS L. RAINEY

/s/ William B. Carey

William B. Carey
Alaska Bar No. 8212160
Telephone:     (907) 272-4255
Facsimile:     (907) 272-4256
e-mail: bcarey@alaska.com

I hereby certify that on this 2nd day of November, 2006, a copy of the forgoing <u>Notice of Lodging Letters</u> was electronically served on the following:

Stephan Collins, AUSA