August 20, 2006

Mr. Bill Crey
Attorney at Law
1502 West 34th Avenue
Anchorage, Alaska 99503

Re: <u>Carlos Rainey Disposition and Moral Fiber</u>

Mr. Crey:

I am writing in regards to my son, Carlos. However, I am not sure if this will be a letter of character or a letter of plea from a mother for her child or both. Being his mother, I believe I am more qualified including Carlos himself to know what his character is. It is my opinion the character of myself and of his father is in question.

With love, respect and morals is the way Carlos was raised. He also has within him a very strong spiritual background with tight family webbing. He has held titles for the state in wrestling, football (high school and semi-pro) and martial arts. Carlos has taught classes in martial arts and assisted in coaching football and wrestling. I understand that Carlos is a grown man, with a family of his own. I am also aware that I cannot make decisions for him or his family. However, I can say that my son has not entertain this type of environment all of his life.

He took on the challenge of supporting a family at an age when that is the very thing that other young men his age would have denied, killed and ran from. Instead, he at seventeen years of age, Carlos stepped up and took responsibility of the situation with both hands not looking back or regretting for one moment.

He, even then felt that there was nothing more important than providing for his son and his sons' mother, which is why he chose to share in this life-changing act of having his first child. He and wife, Shannon was strong enough together to withstand the peer pressure of high school, friends and disgruntled family members. That was fourteen years ago from today.

Carlos has worked hard at keeping his family satisfied and happy. In addition, he is not afraid of hard work. Starting at Oak Barn Furniture Delivery Company