employed him for five years at which time the company laid him off.  Prior to that, he was with Cable Concepts, which based here in Washington, but the work was in Oregon.  He worked there on the construction side of this company until they went out of business which as approximately three and one half years.  He relocated his family to Oregon at this time, and became employee with a welding company through a temporary agency.  He was quick to learn and move up in the ranks in a professional manner and was like by all his coworkers. Carlos inquired about a permanent position within the company. At that time they informed him that the next available it would be offered to him, and would be hired on as a permanent employee. In the meantime, they would have to cut his hours. First to thirty hours a week, then to twenty this was not a sufficient income to maintain the needs of a family of two children and one on the way.  Reluctantly after three years, and the birth of child number three, they had to return to Washington,

I say this not in disrespect to anyone, I do no not know if you have or have not, been placed in a position where you have had to humble your pride and ask for help. Especially from your parents, with one who is already divided regarding the situation and just waiting to say, "I told you so." However, assistance went out to him and his family. Employment was not the best at this time for Carlos. With minimizing wages, cut hours, not hiring now, but will keep application on file. However little the amount, it supplied the needs of his family at that time with our help. Carlos encouraged his wife Shannon, to return to school, receive her diploma, and continue on to nursing school, which she wanted and did so. He support and assisted her in every way.

The gulf between father and son erupted. Carlos was told in nice words that he and his family would have to relocate themselves some place else. Hurt and with no understanding as to why the attack on his family, he did what I believe any respectful man would have done to protect and provide for their care and support.

At this point finances were the immediate concern. As you know already, by now, we are not and as of to date still are not rich people. There is first, last, deposit, application fees, and the list go on, I am sure you get the picture. Did Carlos think of the consequences? Yes he did but, not until later. His concern at this time was not for himself, but his family. Was he going to drop the ball and run, throw in the towel, tell his wife, "Sorry you are on you own"? No, he did not. How do I know? Because I was the very person that instilled within him that, next to God, there is nothing or no one more important than your family. Do what you have to do to provide for your children, that they may have a place of shelter from the elements, a warm place to sleep, food to eat and as long as there is, breathe in your lungs, and blood in your veins, your family is your responsibility.  It does not belong to the neighbors, friends, state, or

2