government.

Carlos, now a victim of vile circumstances, because of his father, goes to Damon Stevens, (arrested and convicted how many times, for this, even though it was not federal. Drug trafficking or drug running is just that?), and instead of no, as before, when approached by D. Stevens, he agrees to a run. (Organization already organized, and please note! it is not, "The Carlos Rainey Drug Organization".

The first one (run, deliver, drop) establishes an advantage of control, for the already existing organization. Then number two, puts you in, and the rest, is history. So how does Carlos become, quote "Leader, Boss, Kingpin" in two, and one-half years? He does not, and he is not. Stevens, has already made trips to Alaska prior to this. Therefore, things had already begun to happen and wheels were already turning by or thru Stevens? It was D. Steven, which introduces Darrell Smith (now incarcerated), to Carlos who instructed him along with D. Steven, on how because Carlos did no have a clue including, on what to say, and no to say. While Josh, Stanley, and good old Mr. Booker **(not related)** supplied what, where and when. However, quote "D. Steven was just along for the ride", (why would the top person incriminate himself?) If one chooses to sing, then one should sing correct. Just shortly thereafter, the name "C-Murder" surfaced. Persuasively it was suggested to Carlos that he should no longer use the name Carlos. This was not because he went around murdering people as implied. Just as "ICE CUBE" does not mean you are dead like sound.

Attached please find a copy of the CD tape cover of the singer (rapper) who is the legal owner of that name "C-Murder". This particular name was choose because Carlos was already called "C" from days of very young and still is from time to time, and because it sound intimating. It was implied by officers and agents that his so call name (c-murder) was earned. Attempts to convince his wife, Shannon of this also, by making statements like "why do you think they call him that?" or "how do you think he got that name?" Which was not necessary or professional

Ever wonder why Stevens is known by "D-Mo(ney)". He, Stevens is able to maintain from quote "the cars" he rebuilds and sells. Pardon me, did I say from the cars he sold? What I really meant to say, is the lifestyle of Stevens, is claimed to be solely done by Michelle, (who has not once to include the present been arrested or indicted) Stevens, girlfriend. Who has been an employee at Outback as a server for at least the last six years or maybe less, and was just promoted to bar tender just this year. From pure alligator skin covered seats in escalate, with payment, 20002 Honda with payment; several show cars, with all the rims, hydrolytic', bells, buttons and whistles; rental of eleven-hundred dollars month; insurance on escalate and Honda; not to exclude their daughter goes to

3