a private educational facility; cell phones. This does not include the necessities of life, or personal pampering. Extremely good girlfriend, and not to bad for someone who was just a long for the ride.

Yes, to you and our justices system this appears to be a poor or thoughtless decision on Carlos' part. However, through his eyes, the need to sacrifice himself for the needs of his family, was and remains to be more important than this own. Even now, in this circumstance, Carlos is putting his wife, Shannon and the care of his children before himself. (Yes, I will convince the jurors so their minds become prejudice and reproachful against me, (Carlos), and see my wife <u>clear of whatever she know, or they think she knows</u>.

Carlos's family is aware that he will pay a price for his decision as well as Carlos himself. However, I will ask that mercy be consider for my son. Is Carlos, or was he ever some "Kingpin or Drug Lord" as accused of being, clearing one-hundred-thousand dollars a week? No, He was more like a runner, (but now a scapegoat) getting a paycheck which supplied the care for his family from lower middle class to middle class. I ask for appropriate punishment for the transgression committed by my son, Carlos. Twenty-five to life, fifteen to twenty-five, or ten to fifteen are somewhat of an excess for a first drug offense (whether state or federal). I am fully aware that his record is neither faultless nor pristine. There are driving with no license, no insurance, drunk, drive while drunk, domestic violence (Tiffany Russell), but there was, and remains to be no drug offenses (state or federal)

Was I aware of what he was going to do at that time? No. Will I condemn him? No, I am not God therefore, that is not my job. However, as his mother, I will stand by his side, support him, love him, be proud of him, and not be embarrassed or ashamed that he is my son. Am I saying that I approve or excuse the wrong that he has done? No.

I supplicate that the system shows mercy, not only for me as his mother, but for my grand children and the mother of my grandchildren. Carlos was not only the provider for his family; he was also active in their education, church school, conferences, holidays and, day-to-day activities. He was not just their dad, he was also their friend, someone they could share with, from water play, wrestling, football, mowing, to working on cars, the list goes own. I request that you consider five to ten years based on the information displayed of Carlos' spirit, nature, and persona. I thank you in advance.

Truthfully, and Respectful

Tresa Rainey

4