*Northwest Kenpo*
*Tiger and Dragon Style*
*Ten Second Street Southeast*
*Auburn, WA 98023*

To Whom It May Concern:

Re:   Character Request for Carlos L. Rainey

I am writing this letter of character regarding Mr. Carlos L. Rainey. I have known the person in question for at least fifteen years. Mr. Rainey was in my business known as Kenpo Karate, a martial art school of training as a student also as an Instructor.

I have had ample time to scrutinize Carlos during various class trainings, seminars, expositions, and tournaments where he placed many times in first and state championships.

I am sure that, one knows that, anyone is capable of learning karate, but it takes a special person of emotions and desire, both internal and external, along with a seeded commitment to become a Martial Artist. Carlos Rainey, I am very proud to state, demonstrated these very qualities.

Mr. Rainey is recognized through out the martial community as, an Artist of the Art of Kenpo. Upon receiving, his third accredited Black Belt Degree of history, techniques and knowledge of the art. Carlos became a junior instructor and teacher. During Mr. Rainey's' instructions and teaching, he displayed a high degree of professional and courteousness in an aptitude manner. He respects his fellow martial artist, and they also respect him as do I as a person, student, and instructor.

The circumstances that surrounds Mr. Rainey's' present condition, I am aware of. On one occasion, Carlos spoke with me with a longing and desire to disassociation himself from that environment. Feeling as those a victim of circumstances, Mr. Rainey expressed if it meant that his family would not become a part of the system or be homeless, then the burden was justified.

However, as I conclude, I appreciate Carlos coming forward, and stating his situation to me to. I am pleased and honored to have this opportunity to express to you the respect that I will continue to embrace for Carlos L. Rainey.

Sincerely,

Todd Durgan, Owner
7th Degree Black Belt
Kenpo Karate Association
(206)335-5899