```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs.   CARLOS LIKEE RAINEY    CASE NO.  3:05-cr-00108-01-JWS
Defendant: X Present   X In Custody   __On Bond

BEFORE THE HONORABLE:   JOHN W. SEDWICK

DEPUTY CLERK/RECORDER:      LINDA CHRISTENSEN

UNITED STATES ATTORNEY:    STEPHAN COLLINS

DEFENDANTS ATTORNEY:       WILLIAM CAREY

U.S.P.O.:        PAMELA SHAW

PROCEEDINGS: IMPOSITION OF SENTENCE HELD 11/9/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:34 a.m. court convened.

X Notice of Appeal form given to defense counsel.

X Court stated findings/reasons pursuant to sentencing guidelines.

X Imprisonment for a period of 198 months as to Counts 1, 12, 13, 20 and 22 to run concurrently; court recommended defendant be be sent to FCI Phoenix and that he participate in the 500 Hour treatment program.

X Defendant placed on supervised release for a period of 5 years as to Count 1 and 3 years as to Counts 12, 13, 20 & 22 to run concurrently under the usual terms and conditions with special conditions of supervised release as stated in the judgment.

X Special Assessment $ 500.00, due  immediately; Payment Coupon given to defendant.

X Defendant remanded to the custody of the U.S. Marshal.

X On motion of the U.S. Attorney, remaining counts 2, 3, 4, 5, 6, 7, 8 and 9 of the Indictment are dismissed.

X OTHER: Court accepted Plea Agreement; defendant's oral motion to reduce Criminal History Category DENIED.

At 9:32 a.m. court adjourned.

DATE:   NOVEMBER 9, 2006         DEPUTY CLERK'S INITIALS:   lc