IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of<br><br>CARLOS LIKEE RAINEY,<br><br>On Writ of Habeas Corpus | ) No. 3:05-CR-00108-JWS<br>)<br>) ORDER FOR ISSUANCE OF<br>) WRIT OF HABEAS CORPUS<br>) AD TESTIFICANDUM<br>)<br>) |

On the Petition of Stephan A. Collins, Assistant United States Attorney,

IT IS ORDERED that the Clerk of this court be instructed to issue a Writ of Habeas Corpus Ad Testificandum to the Federal Bureau of Prisons to bring CARLOS LIKEE RAINEY before this court as a witness in a certain cause now pending before this Court, to wit: *United States of America v. Damon Devone Stevens,* No. 3:05-CR-00108-JWS, for the continued imposition of sentence hearing in Anchorage, Alaska, currently scheduled for February 6, 2007, and such other proceedings as the court may desire, said person to be returned to the said Federal Bureau of Prisons, soon as the case is disposed of.

DATED this day, _____, at Anchorage, Alaska.

_____
UNITED STATES MAGISTRATE JUDGE